Russell S. Thompson IV (029098)
Thompson Consumer Law Group, PLLC
5235 E. Southern Ave., D106-618
Mesa, AZ 85206
602-388-8898
866-317-2674 facsimile
rthompson@consumerlawinfo.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Richard Mansfield, | Case No. 2:16-cv-02107-MHB |
| Plaintiff, | **JOINT STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE** |
| vs. | |
| GC Services Limited Partnership, | |
| Defendant. | |

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the parties in this matter, through their undersigned counsel, stipulate and agree to voluntarily dismiss this matter with prejudice, with each party to bear its own costs and attorneys' fees.

Dated: September 7, 2016.

| | |
|---|---|
| s/Russell S. Thompson IV | s/Michael R. Ayers |
| Russell S. Thompson IV (029098) | Michael R. Ayers (024318) |
| Thompson Consumer Law Group, PLLC | Hinshaw & Culbertson LLP |
| 5235 E. Southern Ave., D106-618 | 2375 E Camelback Rd Ste 775 |
| Mesa, AZ 85206 | Phoenix, AZ 85016 |
| Telephone: (602)-388-8898 | Telephone: (602) 631-4400 |
| Facsimile: (866)-317-2674 | Facsimile: (602) 631-4404 |
| Email: rthompson@consumerlawinfo.com | Email: mayers@hinshawlaw.com |
| Attorney for Plaintiff | Attorney for Defendant |

## **CERTIFICATE OF SERVICE**

I certify that on September 7, 2016, I filed the foregoing document with the Court using CM/ECF, which will send notification of such filing to all counsel of record.

s/Russell S. Thompson IV
Russell S. Thompson IV

Stipulation of Dismissal