# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Richard Mansfield,<br><br>　　　　Plaintiff,<br><br>v.<br><br>GC Services Limited Partnership,<br><br>　　　　Defendant. | No. CV-16-02107-PHX-MHB<br><br>**ORDER** |

　　　Pursuant to the Joint Stipulation for Voluntary Dismissal with Prejudice (Doc. 11),

　　　IT IS ORDERED granting the Stipulation (Doc. 11),

　　　IT IS FURTHER ORDERED that the case is dismissed with prejudice and each party to bear their own costs and attorneys' fees.

　　　Dated this 8th day of September, 2016.

_____
Michelle H. Burns
United States Magistrate Judge